AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FISH, A. JOE | United States District Court Northern District of Texas | 05/15/2007 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States Chief District Judge (Active) | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  **X** Annual  ___ Final | 6. Reporting Period 01/01/2006 – 12/31/2006 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address 1100 Commerce Street Suite 1528 Dallas, Texas 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Independent Executor | Estate of ████████ Deceased |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **X** NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| **X** NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| 2006 | St. John's Episcopal School - Salary |

RECEIVED 2007 MAY 21 A 11: 44 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FISH, A. JOE | 05/15/2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | State Bar of Texas | June 2-3 Austin, Texas (Transportation, Meals, and Room) |
| 2 | State Bar of Texas | June 14-15 Austin, Texas (Transportation, Meals, and Room) |
| 3 | State Bar of Texas | September 14-15 Corpus Christi, Texas (Transportation, Meals, and Room) |
| 4 | Mealey's | September 21-22 Philadelphia, Pennsylvania (Transportation, Meals, and Room) |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | Ed Financial | Education loans for dependent child | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FISH, A. JOE | 05/15/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  SEE ATTACHED SHEETS | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: (See Col. B1, D4)   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3)   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes (See Col. C2)   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SEE ATTACHED SHEET

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date _May 15, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## VII. INVESTMENTS AND TRUSTS--INCOME, VALUE, TRANSACTIONS

| A. Description of Assets (including trust assets) | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
| 1. Dallas County Deferred Compensation Plan (invested in units of Gartmore Total Return Fund Class D and units of Investment Company of America) | A | Div. Cap. Gain | | | Sold | 3/15 | K | D | |
| 2. City of Irving, Texas Jr. Lien Texas Stadium Revenue Bonds | A | Int. | J | T | | | | | |
| 3. Texas Federal Credit Union Accounts, Dallas, TX | A | Div. | K | T | | | | | |
| 4. Guardian Ins. & Ann. Co. deferred annuity (invested in units of Guardian Stock Fund and units of Centurion Fund) | A | Div. Cap. Gain | K | T | | | | | |
| 5. Mutual Shares Fund | A | Div. Cap. Gain | | | Sold | 9/12 | J | A | |
| 6. Vanguard Prime Money Market Fund (VMMXX) | A | Div. | | | Sold | 5/25 | J | A | |

| A. Description of Assets (including trust assets) | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
| 7. TIAA-CREF deferred annuity (invested in units of CREF Stock Fund, in units of TIAA Real Estate Fund, and in units of CREF Inflation Linked Bond Fund) | A | Div. Cap. Gain | K | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| (a) Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Div. Cap. Gain | K | T | | | | | |
| (b) Vanguard Inflation Protected Securities Fund (VIPSX) | A | Div. Cap. Gain | K | T | | | | | |
| 9. IRA #2 | | | | | | | | | |
| (a) Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Div. Cap. Gain | J | T | | | | | |
| (b) Vanguard Inflation Protected Securities Fund (VIPSX) | A | Div. Cap. Gain | J | T | | | | | |

| A. Description of Assets (including trust assets) , | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | If not exempt from disclosure | | | | |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |

**IRA #3**

| A. Description of Assets | B.(1) | B.(2) | C.(1) | C.(2) | D.(1) | D.(2) | D.(3) | D.(4) | D.(5) |
|---|---|---|---|---|---|---|---|---|---|
| (a) Vanguard Total Stock Mkt VIPERS (VTI) | A | Div. Cap. Gain | J | T | Bought Add'l Shares | 3/20 | J | | |
| (b) iShares TIPS Bond Fund (TIP) | A | Div. Cap. Gain | J | T | Bought Add'l Shares | 3/20 | J | | |
| (c) iShares EAFE Index Trust (EFA) | A | Div. Cap. Gain | J | T | Bought Add'l Shares | 3/20 | J | | |
| (d) Vanguard REIT VIPERS (VNQ) | A | Div. Cap. Gain | J | T | Bought Add'l Shares | 3/20 | J | | |
| (e) SPDR Select Sector-Energy (XLE) | A | Div. Cap. Gain | J | T | Bought Add'l Shares | 3/20 | J | | |
| (f) American Century Int'l Bond Fund (BEGBX) | A | Div. Cap. Gain | J | T | Bought Add'l Shares | 3/20 | J | | |

| A. Description of Assets (including trust assets) | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | If not exempt from disclosure | | | | |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | (1) Type (e.g., sold) | (2) Date : Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IRA #4 | | | | | | | | | |
| (a) Vanguard Total Stock Mkt VIPERS (VTI) | A | Div. Cap. Gain | J | T | | | | | |
| (b) iShares TIPS Bond Fund (TIP) | A | Div. Cap. Gain | J | T | | | | | |
| (c) iShares EAFE Index Trust (EFA) | A | Div. Cap. Gain | J | T | | | | | |
| (d) Vanguard REIT VIPERS (VNQ) | A | Div. Cap. Gain | J | T | | | | | |
| (e) SPDR Select Sector-Energy (XLE) | A | Div. Cap. Gain | J | T | | | | | |
| (f) Northern Global Fixed Income Fund (NOIFX) | A | Div. Cap. Gain | J | T | | | | | |

| A. Description of Assets (including trust assets) | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | If not exempt from disclosure | |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
| 2. Exxon Mobil Common Stock (XOM) | A | Div. Cap. Gain | K | T | Inherited | 5/30 | K | | |
| 3. Chase Bank Accounts, Dallas, Texas | A | Interest | J | T | Inherited | 5/30 | J | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

1.　　The items reported in paragraphs VII(3), (6), and (13) are credit union or bank accounts or money market funds.  Detailed transactional data are not being provided in accordance with the instructions at 52 (fifth paragraph marked •).

2.　　The proceeds of the sale reported in paragraph VII(1) were used to purchase additional shares of the assets reported in paragraph VII(10).